■ In the Matter of JOSEPH REE, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents. [741 NYS2d 755] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a prison disciplinary determination finding him guilty of violating the prison disciplinary rule that prohibits inmates from perpetrating acts of extortion or bribery. The At-

---

\* Petitioner pleaded guilty to the charge of failure to report his own injury.

torney General has advised this Court by letter that the determination was administratively reversed on February 7, 2002 and all references thereto have been expunged from petitioner's institutional records. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see, Matter of Curtis v Goord*, 274 AD2d 808; *Matter of Maldonado v Miller*, 259 AD2d 912).

Cardona, P.J., Crew III, Carpinello, Mugglin and Rose, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.